UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DELIO ROMANES,

    Petitioner,

v.                                                           Case No. 8:05-cv-7-T-23MAP

JAMES V. CROSBY, JR.,

    Respondent.
_____/

**O R D E R**

Romanes' motion to strike (Doc. 19) his motion to hold application in abeyance (Doc. 8) is **GRANTED**. Romanes' motion to expand record (Doc. 12) and to compel (Doc. 22) are **DENIED** as premature pending the filing of the record by respondents. Romanes' motion for issuance of order to show cause (Doc. 23) is **GRANTED** to the extent that the response shall address Romanes' issue #6 (Doc. 20 & 21). The respondent's motion for extension of time (Doc. 24) is **GRANTED**. The response shall be filed on or before **Thursday, June 16, 2005.**

ORDERED in Tampa, Florida, on June 1, 2005.

                                                                   STEVEN D. MERRYDAY
                                                                   UNITED STATES DISTRICT JUDGE

SA/ro